IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHANDRA PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-719-RAH ) |
| AU TIGER TOWN HOSPITALITY GROUP, LLC, | ) ) ) ) |
| Defendant. | ) |

**STIPULATED JUDGMENT**
**AND ORDER OF DISMISSAL WITH PREJUDICE**

This case involves a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, brought by Plaintiff Chandra Parker against Defendant AU Tiger Town Hospitality Group, LLC. The Parties have reached an agreement to resolve all claims in this case and seek court approval of the FLSA settlement and an order of dismissal with prejudice.

Following an examination of the pleadings and terms of the settlement agreement and after conducting a hearing in this matter, the Court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, issues of liability and the amount of overtime compensation due. Having reviewed the terms of the settlement agreement agreed upon by the Parties, the Court finds that the settlement terms proposed by the Parties are fair, reasonable, and equitable to all involved and that their agreement is a fair and reasonable resolution of this bona fide dispute. Therefore, the Court approves the

1

settlement, and the Parties are hereby **ORDERED** to finalize the settlement through the exchange of consideration.

Accordingly, the *Joint Motion for Approval of FLSA with Incorporated Settlement Agreement* (doc. 17) is **GRANTED**. It is **ORDERED** that judgment in the amount of $10,066.23 is hereby **ENTERED** against the Defendant and in favor of the Plaintiff. This judgment amount represents (1) claimed unpaid overtime premium wages in the amount of $1,313.49; (2) claimed liquidated damages in the amount of $1,313.49; (3) attorneys' fees in the amount of $7,000.00; and (4) advanced costs in the amount of $439.25.

Based upon this resolution by the Parties, all claims Plaintiff has or may have arising out of or relating to this lawsuit, including, but not limited to, any claims under the FLSA for overtime wages, attorneys' fees, costs, expenses or other relief, award or damages are hereby resolved and released.  Upon payment of the above sums, the judgment herein is deemed satisfied.

This matter is **DISMISSED WITH PREJUDICE**.  The Court retains jurisdiction to enforce the terms of the settlement agreement.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

**DONE**, on this the 19th day of December, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE